Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Kohl's Department Stores, Inc.,<br><br>Defendant, | Civil Action No: 17-cv-00407-GMN-GWF<br><br>**EXPEDITED RULING REQUESTED**<br><br>~~**[PROPOSED]**~~ **STIPULATED REQUEST AND ORDER FOR EXTENSION OF DISMISSAL DEADLINE**<br><br>**[FIRST REQUEST]** |

## EXPEDITED STIPULATION FOR EXTENSION OF TIME

Plaintiff, Kevin Zimmerman, and Defendant, Kohl's Department Stores, Inc., do hereby stipulate and respectfully request a twenty-one (21) day extension of the current dismissal deadline of May 24, 2017, until June 14, 2017, in order for the parties to finalize a settlement agreement.

This extension is being requested in order to further the Parties' exploration of an early resolution to this case.

**RESPECTFULLY** submitted this 23rd day of May, 2017.

/s/ Whitney C. Wilcher  
Whitney C. Wilcher, Esq.  
THE WILCHER FIRM  
Nevada State Bar No. 7212  
8465 West Sahara Avenue  
Suite 111-236  
Las Vegas, NV 89117  
(702) 466-1959  
Email: wcw@nevadaada.com  
*Attorney for Plaintiff*

/s/ Joel Griswold  
Joel Griswold  
BAKER HOSTELER  
191 N Wacher Dr., Ste 3100  
Chicago, IL 60606  
jcgriswold@bakerlaw.com  
*Attorney for Defendant*

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulated to Request for Extension of the Dismissal Deadline and good cause appearing, the new dismissal deadline is extended until Wednesday, June 14, 2017.

DATED                           May 24, 2017

BY THE COURT:

_____  
UNITED STATES MAGISTRATE JUDGE